# FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No.: 1

| Case No.: | 18-21663 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | FUFU INTERNATIONAL LLC | Date Filed (f) or Converted (c): | 09/21/2018 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 10/29/2018 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Bank of America (0103) | $133.57 | $133.57 | | $133.57 | FA |
| 2  Bank Of America (9767) | $75.25 | $115.35 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  

| | Petition/Unscheduled | Estimated Net Value | | Sales/Funds Received | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $208.82 | $248.92 | | $133.57 | $0.00 |

**Major Activities affecting case closing:**

02/28/2019    The Trustee is investigating business financial affairs of the Debtor.

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
|---|---|---|---|
| | | | NICOLE TESTA MEHDIPOUR, TRUSTEE |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 18-21663 | | **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Case Name:** | FUFU INTERNATIONAL LLC | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9481 | | **Checking Acct #:** | ******6301 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 04/01/2018 | | **Blanket bond (per case limit):** | $135,654,000.00 |
| **For Period Ending:** | 03/31/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/05/2018 | | Bank Of America | Close out of two bank accounts. (9767 and 0103). | * | $248.92 | | $248.92 |
| | {1} | | $133.57 | 1129-000 | | | $248.92 |
| | | | $115.35 | 1129-000 | | | $248.92 |
| | | | **TOTALS:** | | $248.92 | $0.00 | $248.92 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $248.92 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $248.92 | $0.00 | |

For the period of 04/01/2018 to 03/31/2019

| | |
|---|---|
| Total Compensable Receipts: | $248.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $248.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 10/04/2018 to 3/31/2019

| | |
|---|---|
| Total Compensable Receipts: | $248.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $248.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 18-21663 |
| Case Name: | FUFU INTERNATIONAL LLC |
| Primary Taxpayer ID #: | **-***9481 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2018 |
| For Period Ending: | 03/31/2019 |

| | |
|---|---|
| Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Bank Name: | Green Bank |
| Checking Acct #: | ******6301 |
| Account Title: | |
| Blanket bond (per case limit): | $135,654,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $248.92 | $0.00 | $248.92 |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $248.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $248.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/04/2018 to 3/31/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $248.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $248.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE